

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2021

No. 04-21-00277-CV

**IN THE INTEREST OF M.C.L.V, A CHILD**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01657
Kimberly  Burley, Judge Presiding

# O R D E R

Sitting  Rebeca C. Martinez, Chief Justice
     Irene Rios, Justice
     Beth Watkins, Justice

   The appellee's motion to adopt the reporter's record is GRANTED. The clerk of this court is directed to duplicate the reporter's record that was filed in appellate cause number 04-21-00276-CV and file the duplicate reporter's record in appellate cause number 04-21-00277-CV.

   It is so **ORDERED** November 19, 2021.

                **PER CURIAM**

ATTESTED TO:_____
      MICHAEL A. CRUZ,
      CLERK OF COURT